| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 20, 2024<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRISTAN GRAHAM PERPALL,

    Defendant.

Case No. 2:24-mj-00150-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TRISTAN GRAHAM PERPALL__, Case No. __2:24-mj-00150-SCR__, Charge __18 U.S.C. § 2551(a)__, from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $ _____

    ☒ Unsecured Appearance Bond $ __150,000.00__

    ☐ Appearance Bond with 10% Deposit

    ☐ Appearance Bond with Surety

    ☐ Corporate Surety Bail Bond

    ☒ (Other): Release delayed until 12/23/2024 at 1:00 PM PST with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on December 20, 2024, at 3:00 PM.

By: _/s/ Sean C. Riordan_

Magistrate Judge Sean C. Riordan